No. 12–6046. LAIHBEN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 12–6047. COBB *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 12–6049. LAUDERMILT *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 12–6051. LIMAS-CALDERA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 12–6056. CHUNG *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 12–6063. CASTLEMAN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 12–6071. MARTINEZ-MATA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 12–6073. PRIVOTT *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 12–6074. MILES *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 12–6078. GRINNAGE *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 12–6079. FUENTES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 12–6081. FARLOW *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 12–6087. ICE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 12–6088. BRYANT *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 12–6093. MATA-ROSALES *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 12–6094. REYES-ARGUELLES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.